**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1124**

———————————

SYED Z. SHAH,

                                    Plaintiff - Appellant,

        and

TALLAT SHAH, wife,

                                    Plaintiff,

        versus

SCOTT KUKES, LTC; DAVID LAMM, COL; PAUL T.
DAVIS, LTC; GREGORY ALLEN ARMSTRONG, Special
Agent; KEVIN BENEFIELD, CW2,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-04-390-1)

———————————

Submitted:  April 29, 2005          Decided:  May 19, 2005

———————————

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Syed Z. Shah, Appellant Pro Se.  Richard Parker, Ralph Andrew
Price, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria,
Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Syed Z. Shah appeals the district court's order granting Defendants' motion to dismiss in part, granting Defendants' motion for summary judgment with respect to all remaining claims, and denying Shah's complaint of employment discrimination based on race, color, and national origin filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shah v. Kukes, No. CA-04-390-1 (E.D. Va. Dec. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED